**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-7631**

_____

SHERMAN O. DAVIS,

Plaintiff - Appellant,

versus

HAPPY SMITH,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Jackson L. Kiser, Senior District Judge.  (CA-03-425-7)

_____

Submitted:  February 28, 2005          Decided:  March 17, 2005

_____

Before NIEMEYER, LUTTIG, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sherman O. Davis, Appellant Pro Se.  Rosalie Pemberton Fessier, TIMBERLAKE, SMITH, THOMAS & MOSES, P.C., Staunton, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sherman O. Davis appeals the district court's orders denying relief on his claims under 42 U.S.C. § 1983 (2000) and denying his motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Davis v. Smith, No. CA-03-425-7 (W.D. Va. Oct. 31, 2003; filed Sept. 13, 2004, entered Sept. 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED